1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Juan Daniel Ochoa,                                    )        No. CV 05-3787-PHX-DGC (DKD)
                                                      )
                    Petitioner,                       )        **ORDER**
vs.                                                   )
                                                      )
John Ontiveros, et al.,                               )
                                                      )
                    Respondents.                      )
_____ )

    Pending before the Court are Petitioner Juan Daniel Ochoa's petition for writ of habeas corpus and United States Magistrate Judge David K. Duncan's Report and Recommendation ("R&R"). Docs. ##1, 25. The R&R recommends that Respondents be required to file an answer to Petitioner's petition addressing the merits of the petition. Doc. #25 at 2. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that the failure to timely file objections to any determination of the Magistrate Judge would be considered a waiver of the right to review of such determination. *Id.* at 3 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)).

    The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b) ("The district judge . . . shall make a de novo determination . . . of any portion of the magistrate judge's disposition to which specific written objection has been made[.]"). The Court will accept the R&R. *See* 28 U.S.C. §

1  636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part,

2  the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b) (same).

3  **IT IS ORDERED:**

4  1.  Magistrate Judge David K. Duncan's R&R (Doc. #25) is **accepted**.

5  2.  Respondents shall file an answer to Petitioner's petition addressing the merits

6  of the petition.

7  DATED this 27th day of July, 2006.

_David G. Campbell_

David G. Campbell
United States District Judge

- 2 -